No. 103. BAKER ET AL. *v.* CARR ET AL. Appeal from the United States District Court for the Middle District of Tennessee. Probable jurisdiction noted. *Hobart F. Atkins, J. W. Anderson, Charles S. Rhyne* and *Herzel H. E. Plaine* for appellants. *George F. McCanless,* Attorney General of Tennessee, and *Milton P. Rice, James M. Glasgow* and *Jack Wilson,* Assistant Attorneys General, for appellees. *Roger Arnebergh, Henry P.*

*Kucera, J. Elliott Drinard, Barnett I. Shur, Alexander G. Brown, Nathaniel H. Goldstick* and *Charles S. Rhyne* filed a brief for the National Institute of Municipal Law Officers, as *amicus curiae,* in support of appellants.